IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

J.R.P.,                              *

    Petitioner,                  *

vs.                                  *

                                  CASE NO. 4:26-CV-164 (CDL)

WARDEN, STEWART DETENTION          *
CENTER, *et al.*,

                                 *

    Respondents.                 *
_____   *

O R D E R

    After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 24, 2026 is hereby approved, adopted, and made the Order of the Court.  The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

    IT IS SO ORDERED, this 15th day of May, 2026.

                             S/Clay D. Land
                             CLAY D. LAND
                             U.S. DISTRICT COURT JUDGE
                             MIDDLE DISTRICT OF GEORGIA