IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

JUAN RAMOS PEREZ,                          *

             Petitioner,                  *

v.                                                            Case No.  4:26-cv-164-CDL-CHW

                             *

WARDEN, STEWART DETENTION CENTER,
*et al.,*                                              *

             Respondents.               *

_____

## J U D G M E N T

Pursuant to this Court's Order dated 5/15/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of May, 2026.

                              David W. Bunt, Clerk

                              s/ Elizabeth S. Long, Deputy Clerk